

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-20-00035-CV

## IN RE JENNIFER STEELY

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

On January 28, 2020, relator, Jennifer Steely, filed a petition for writ of habeas corpus in this Court. On January 29, 2020, we granted relator temporary relief in the form of immediate release from confinement in the county jail pending resolution of this proceeding. Additionally, we requested a response to relator's petition for writ of habeas corpus to be filed within fourteen days.

On February 5, 2020, real party in interest, Joshua Aaron Rasco, provided this Court with a copy of a settlement agreement purportedly agreed to by relator and real party in interest. The terms of this agreement appeared to involve the merits of this proceeding. Pursuant to an unopposed motion to abate filed by relator, we abated this

proceeding to allow the parties to prepare and obtain entry of an order in the trial court that reflects the parties' agreement.

In a motion to dismiss filed on May 6, 2020, relator informed this Court that, on April 21, 2020, the trial court signed orders that effectuated the parties' agreements. Accordingly, relator requests that we dismiss this proceeding. *See* TEX. R. APP. P. 42.1.(a)(1).

Dismissal of this proceeding would not prevent a party from seeking relief to which it would otherwise be entitled. *See id.* We therefore grant relator's motion to dismiss, and this proceeding is hereby dismissed. *See id.*

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Motion granted; proceeding dismissed
Opinion delivered and filed August 12, 2020
[OT06]

